**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
Northern District of Illinois

Case number (*If known*): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 19 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy            12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a joint case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Stacy Stacey<br>First name<br>Renee<br>Middle name<br>Jenkins<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | Enjuel<br>First name<br>Darryle Darryle<br>Middle name<br>Jenkins Jenkins<br>Last name<br>SR.<br>Suffix (Sr., Jr., II, III) |
| 2. All other names you have used in the last 8 years<br>Include your married or maiden names. | First name<br>Middle name<br>Last name<br><br>First name<br>Middle name<br>Last name | First name<br>Middle name<br>Last name<br><br>First name<br>Middle name<br>Last name |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | XXX – XX – 6454<br>OR<br>9 XX – XX – ___ ___ ___ | XXX – XX – 4574<br>OR<br>9 XX – XX – ___ ___ ___ |

Official Form 101              Voluntary Petition for Individuals Filing for Bankruptcy              page 1

Debtor 1 **Stacy Renee Jenkins**
_First Name_ _Middle Name_ _Last Name_

Case number (if known) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br> Include trade names and *doing business as* names | ☒ I have not used any business names or EINs. <br><br> Business name _____ <br> Business name _____ <br> EIN __ __ - __ __ __ __ __ __ __ <br> EIN __ __ - __ __ __ __ __ __ __ | ☒ I have not used any business names or EINs. <br><br> Business name _____ <br> Business name _____ <br> EIN __ __ - __ __ __ __ __ __ __ <br> EIN __ __ - __ __ __ __ __ __ __ |
| **5. Where you live** | 8805 S. Princeton <br> Number Street <br><br> Chicago IL 60620 <br> City State ZIP Code <br> Cook <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> Number Street <br> P.O. Box <br> City State ZIP Code | **If Debtor 2 lives at a different address:** <br><br> 3711 East 105th Street <br> Number Street <br><br> Chicago, IL 60617 <br> City State ZIP Code <br> Cook <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> Number Street <br> P.O. Box <br> City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | Check one: <br> ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | Check one: <br> ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Official Form 101       **Voluntary Petition for Individuals Filing for Bankruptcy**       page 2

Debtor 1  _Stacey Renee Jenkins_  Case number (if known) _____
        First Name  Middle Name  Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☒ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No
- ☐ Yes.  District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____
         District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes. Debtor _____ Relationship to you _____
         District _____ When __/__/____ Case number, if known _____

         Debtor _____ Relationship to you _____
         District _____ When __/__/____ Case number, if known _____

**11. Do you rent your residence?**

- ☐ No. Go to line 12.
- ☒ Yes. Has your landlord obtained an eviction judgment against you?
  - ☒ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 _Stacy Renee Jenkins_   Case number (if known) _____
         First Name  Middle Name  Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                    State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☒ No

☐ Yes. What is the hazard? _____

_____

_____

If immediate attention is needed, why is it needed? _____

_____

_____

Where is the property? _____
                        Number    Street

_____

_____
City                    State    ZIP Code

Debtor 1  _Stacey Renee Jenkins_  Case number (if known) _____
         First Name  Middle Name  Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 _Stacey Renee Jenkins_ Case number (if known)_____
First Name  Middle Name  Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☒ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.
☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☒ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____
Signature of Debtor 1           Signature of Debtor 2

Executed on 3/12/2018           Executed on 3/12/2018
           MM / DD / YYYY                    MM / DD / YYYY

Debtor 1 _____   Case number (if known)_____
        First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____    Date  _____
  Signature of Attorney for Debtor                     MM  /  DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                                           State      ZIP Code

Contact phone _____   Email address _____

_____
Bar number                                     State

Debtor 1 __Stacy Renu Jenkins__   Case number (if known)_____
         First Name  Middle Name  Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
☐ Yes. Name of Person_____
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _[signature]_                              X _[signature]_
Signature of Debtor 1                        Signature of Debtor 2

Date  3/17/2018                              Date  3/17/2018
      MM / DD / YYYY                               MM / DD / YYYY

Contact phone _____              Contact phone _____

Cell phone  (773)-793-5725                  Cell phone  312-522-9246

Email address  Mrsjenkins2708@             Email address  engejenkins@yahoo.com
               gmail.com

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 8

**Fill in this information to identify your case:**

Debtor 1: Stacy Renee Jenkins
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Enjae Darryle Jenkins
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): _____

Check if this is:
❏ An amended filing
❏ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>❏ Not employed | ☒ Employed<br>❏ Not employed |
| Occupation | Medical Assistant | Security Officer |
| Employer's name | Northwestern Med | Guardian Security |
| Employer's address | 259 E. Erie | 3300 W 127th Street |
|  | Chicago, IL 60611 | Blue Island, IL |
| How long employed there? | 3 yrs | 3 yrs |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $2960 | $2320 |
| 3. Estimate and list monthly overtime pay. | + $ | + $ |
| 4. Calculate gross income. Add line 2 + line 3. | $2960 | $2320 |

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here → 4. | $ 2960 | $ 2320 |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions  5a. | $ 333.62 | $ 427.20 / 262.60 |
| 5b. Mandatory contributions for retirement plans  5b. | $ 174.82 | $ |
| 5c. Voluntary contributions for retirement plans  5c. | $ | $ |
| 5d. Required repayments of retirement fund loans  5d. | $ 90 | $ |
| 5e. Insurance  5e. | $ 853.68 | $ |
| 5f. Domestic support obligations  5f. | $ | $ |
| 5g. Union dues  5g. | $ | $ |
| 5h. Other deductions. Specify: _____  5h. | +$ | +$ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6. $ 1452.12    $ 427.20

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7. $ 1507.88   $ 1892.80

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ _____   $ _____

   8b. Interest and dividends   8b. $ _____   $ _____

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ _____   $ _____

   8d. Unemployment compensation   8d. $ _____   $ _____
   8e. Social Security   8e. $ _____   $ _____

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f. $ _____   $ _____

   8g. Pension or retirement income   8g. $ _____   $ _____
   8h. Other monthly income. Specify: _____   8h. +$ _____   +$ _____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9. $ _____   $ _____

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. $ 1507.88 + $ 1892.80 = $ 3400.68

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____   11. +$ _____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12. $ 3400.68

    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☑ No.
    ☐ Yes. Explain: _____

Official Form 106I          Schedule I: Your Income          page 2

Fill in this information to identify your case:

Debtor 1 _Shelly Renee Jenkins_
(First Name) (Middle Name) (Last Name)

Debtor 2 _Enjdel Prince Jenkins_
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☒ Yes. Does Debtor 2 live in a separate household?

   ☐ No
   ☒ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Child | 10 | ☐ No  ☒ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4.  $ 500

   If not included in line 4:

   4a. Real estate taxes    4a. $ _____
   4b. Property, homeowner's, or renter's insurance    4b. $ _____
   4c. Home maintenance, repair, and upkeep expenses    4c. $ _____
   4d. Homeowner's association or condominium dues    4d. $ _____

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1  Stacey Renee Jenkins  Case number (if known) _____

Your expenses

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas   6a. $ 100
   - 6b. Water, sewer, garbage collection   6b. $ _____
   - 6c. Telephone, cell phone, Internet, satellite, and cable services   6c. $ 210
   - 6d. Other. Specify: _____   6d. $ _____

7. **Food and housekeeping supplies**   7. $ 300

8. **Childcare and children's education costs**   8. $ 275

9. **Clothing, laundry, and dry cleaning**   9. $ 225

10. **Personal care products and services**   10. $ 115

11. **Medical and dental expenses**   11. $ 50

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12. $ 350

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. $ _____

14. **Charitable contributions and religious donations**   14. $ 360

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance   15a. $ _____
    - 15b. Health insurance   15b. $ _____
    - 15c. Vehicle insurance   15c. $ _____
    - 15d. Other insurance. Specify: _____   15d. $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____   16. $ _____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1   17a. $ _____
    - 17b. Car payments for Vehicle 2   17b. $ _____
    - 17c. Other. Specify: _____   17c. $ _____
    - 17d. Other. Specify: _____   17d. $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18. $ _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____   19. $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property   20a. $ _____
    - 20b. Real estate taxes   20b. $ _____
    - 20c. Property, homeowner's, or renter's insurance   20c. $ _____
    - 20d. Maintenance, repair, and upkeep expenses   20d. $ _____
    - 20e. Homeowner's association or condominium dues   20e. $ _____

Debtor 1 __Stacey Renee Jenkins__　　　　Case number (if known)_____
　　　　First Name　Middle Name　Last Name

21. **Other.** Specify: __LOAN - Personal__　　　　21. +$ __90__

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.　　　　22a. $ __2635__

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2　　　　22b. $ __2720__

    22c. Add line 22a and 22b. The result is your monthly expenses.　　　　22c. $ __5355__

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.　　　　23a. $_____

    23b. Copy your monthly expenses from line 22c above.　　　　23b. −$_____

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.　　　　23c. $_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.　Explain here:

Fill in this information to identify your case:

Debtor 1 __Stacy Penni Jenkins__
         First Name    Middle Name    Last Name

Debtor 2 __Enjael Darryl E__
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.* Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J. Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Do you and Debtor 1 maintain separate households?

   ☐ No. Do not complete this form.
   ☒ Yes

2. **Do you have dependents?**

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents' names.

   ☐ No
   ☐ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?

   ☐ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 650

   If not included in line 4:

   4a. Real estate taxes    4a. $ _____
   4b. Property, homeowner's, or renter's insurance    4b. $ _____
   4c. Home maintenance, repair, and upkeep expenses    4c. $ _____
   4d. Homeowner's association or condominium dues    4d. $ _____

Official Form 106J-2    Schedule J-2: Expenses for Separate Household of Debtor 2    page 1

Debtor 1   Stacy Renee Jenkins

First Name   Middle Name   Last Name

Case number (if known)_____

Your expenses

5. **Additional mortgage payments for your residence,** such as home equity loans        5. $_____

6. **Utilities:**
   6a. Electricity, heat, natural gas        6a. $ 200
   6b. Water, sewer, garbage collection        6b. $ 100
   6c. Telephone, cell phone, Internet, satellite, and cable services        6c. $ 200
   6d. Other. Specify: _____        6d. $_____

7. **Food and housekeeping supplies**        7. $ 300

8. **Childcare and children's education costs**        8. $ 300

9. **Clothing, laundry, and dry cleaning**        9. $ 225

10. **Personal care products and services**        10. $ 100

11. **Medical and dental expenses**        11. $ 75

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.        12. $ 250

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**        13. $_____

14. **Charitable contributions and religious donations**        14. $ 320

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance        15a. $_____
    15b. Health insurance        15b. $_____
    15c. Vehicle insurance        15c. $_____
    15d. Other insurance. Specify:_____        15d. $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____        16. $_____

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1        17a. $_____
    17b. Car payments for Vehicle 2        17b. $_____
    17c. Other. Specify:_____        17c. $_____
    17d. Other. Specify:_____        17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**        18. $_____

19. **Other payments you make to support others who do not live with you.**
    Specify:_____        19. $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    20a. Mortgages on other property        20a. $_____
    20b. Real estate taxes        20b. $_____
    20c. Property, homeowner's, or renter's insurance        20c. $_____
    20d. Maintenance, repair, and upkeep expenses        20d. $_____
    20e. Homeowner's association or condominium dues        20e. $_____

Official Form 106J-2        Schedule J-2: Expenses for Separate Household of Debtor 2        page 2

Debtor 1 *Stacy Denee Jenkins*
       First Name   Middle Name   Last Name

Case number (if known) _____

21. **Other.** Specify: _____  21. +$ _____

22. **Your monthly expenses.** Add lines 5 through 21.
    The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the total expenses for Debtor 1 and Debtor 2.  22. $ 2720

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.    Explain here:

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Stacey (First Name) Renee (Middle Name) Jenkins (Last Name) | |
| Debtor 2 (Spouse, if filing) | EnJael (First Name) Darryle (Middle Name) Jenkins (Last Name) | |
| United States Bankruptcy Court for the: _____ District of _____ | | |
| Case number (If known) _____ | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____
Signature of Debtor 1            Signature of Debtor 2

Date 3/14/18                     Date 3/19/18
    MM / DD / YYYY                   MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: Stacey Renee Jenkins )
Enjoel Darryle Jenkins )
)
)
Debtor(s)  ) Case No.
)
) Chapter
)
)

List of Creditors

| | |
|---|---|
| Exeter Finance<br>P.O Box 166008<br>Irving TX 75016 | US department of education<br>PO Box 5609<br>greenville TX 75403 |
| Chrysler Capital<br>1601 Elm St #800<br>Dallas TX, 75201 | bank of America<br>9233 S Commercial Ave<br>Chicago IL 60617 |
| Union Auto<br>8700 South Chicago Ave<br>Chicago IL 60617 | US Bank<br>P.O Box 6335<br>Fargo ND 58125-6335 |
| Speedy Cash<br>8701 S Cottage Grove Ave, Chicago IL 60619  1100 S. Riverside Alsip IL 60803 | RUSH Medical Center<br>3833, 1653 Congress Pkwy<br>Chicago IL 60612 |
| Sallie Mae<br>8425 Woodfield Crossing Blvd<br>Indianapolis IN 46240 | North West Medicine<br>20 S Clark St 11th floor Suite 1100 Chicago IL 60611<br>3833, 1653 W Congress Pkwy Chicago IL 60612 |

| | |
|---|---|
| Exchange Leasing<br>9501 S Dorchester Ave<br>Chicago IL 60628 | Sprint<br>PO Box 8077<br>London KY 40742 |
| T Mobile<br>P O Box 37380<br>Albuquerque NM 87176-7380 | AT&T<br>205 W Monroe St<br>Chicago IL 60606 |
| Com Ed<br>7801 S Lawndale Ave<br>Chicago IL 60652 | People Gas<br>200 E Randolph St<br>Chicago IL 60601 |
| Prestige Financial<br>1420 S. 500 W<br>Salt Lake City, UT 84115 | Credit One Bank<br>P.O Box 60500<br>City of Industry CA 91716-0500 |
| Mid America Bank & Trust<br>5109 S Broad Ave<br>Sioux Falls SD 57108 | PNC Bank<br>300 Fifth Ave<br>Pittsburgh PA, 15222 |
| Total VISA<br>Total Visa   Sioux Falls<br>P.O. Box 89940   SD 57108 | Laurels of Willow Hills<br>8712 S 87th Terrace<br>Justice IL 60458 |
| West River Cash<br>West Power Cash LLC<br>P.O Box 30<br>Hays MT 59527 | Green Trust Cash<br>P O Box 340<br>Hays MT 59527 |
| Fair Leasing Company<br>XCL Titling Trust<br>P.O. Box 29140<br>Phoenix AZ 85036 | Goldman & Grant  # 130354<br>205 W Randolph Suite 1100<br>Chicago IL 60606 |
| H & R Block<br>10612 S Ewing Ave<br>Chicago IL 60617 | IRS<br>5100 River Rd<br>Schiller Park IL 60176 |
| AD Astra Recovery Services<br>7330 W 33RD Street North Suite 118<br>Wichita, KA 67205 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O Box 1269<br>Greenville SC 29602 |